JOHN K. FLOCK ESQ. (SBN 200183)
THARPE & HOWELL, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
Email: jflock@tharpe-howell.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES M. GARCIA,<br><br>                     Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE<br>CORPORATION, a Foreign<br>Corporation, and DOES 1 to 50,<br><br>                     Defendants. | Case No. **'23CV0012 BEN BLM**<br><br>**NOTICE OF REMOVAL OF<br>ACTION UNDER 28 U.S.C. § 1441(b)<br>(DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTILTED COURT:

PLEASE TAKE NOTICE THAT Defendant, Costco Wholesale Corporation ("Defendant") hereby removes this action from the Superior Court of the State of California, County of San Diego to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and sets forth in support of its Notice of Removal of Action the following:

**Complete Diversity Exists**

1.     This Notice of Removal is based in part, upon 28 U.S.C. § 1441(a) that states: "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the

1  defendants, to the district court of the United States for the district and division

2  embracing the place where such action is pending."

3      2.     District courts have original have original jurisdiction of all civil actions

4  where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of

5  interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(a)(1).

6      3.     Plaintiff, Dolores M. Garcia is a citizen of the state of California.

7      4.     Defendant, Costco Wholesale Corporation was, at the time of the filing

8  of this action, and still is, a citizen of the state of Washington.  Defendant is a

9  Washington corporation with its headquarters and principal place of business in

10 Washington.

11     5.     Therefore, diversity of citizenship exists for purposes of removal of the

12 state court action to this district court.

13     **Amount in Controversy Exceeds $75,000**

14     6.     Plaintiff's Complaint alleges a cause of action for premises liability

15 against Defendant. (*See* Plaintiff's Complaint, Case No. 37-2022-00042646-CU-PO-

16 CTL, Superior Court of California, County of San Diego, page 4, attached as Exhibit

17 A.)

18     7.     On October 30, 2020, Plaintiff, Dolores M. Garcia alleges she was

19 shopping at defendant's warehouse located at 1755 Hacienda Drive, Vista, California.

20 She contends that she slipped and fell in or near the fresh produce section on a gel

21 substance causing her to injure her right foot, toe, ankle, leg and knee. (See Plaintiff's

22 Complaint, Case No. 37-2022-00015599-CU-PO-CTL, Superior Court of California,

23 County of San Diego, page 4, attached as Exhibit A.)

24     8.     Plaintiff alleges Dolores sustained serious bodily injuries and hospital

25 and medical expenses.  They further allege she sustained general damages, hospital

26 and medical expenses, physical pain, mental suffering and emotional distress. (See

27 Plaintiff's Complaint, Case No. 37-2022-00015599-CU-PO-CTL, Superior Court of

28 California, County of San Diego, page 3, attached as Exhibit A.)

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)

9.     On December 15, 2022, Defendant served a Request for Statement of Damages on plaintiff, Dolores M. Garcia.  (See Demand for Statement of Damages, attached as Exhibit B.)

10.    On December 30, 2022, plaintiff, Dolores M. Garcia served a Statement of Damages setting forth the following damages:

| | |
|---|---|
| Pain, suffering, inconvenience | $5,000,000.00 |
| Emotional distress | $5,000,000.00 |
| Medical expenses | TBD |
| Further medical expenses | TBD |

(See Statement of Damages, attached as Exhibit C.)

11.    Plaintiff's Responses to written discovery put Defendant on notice that the amount in controversy exceeds $75,000.00.

12.    Therefore, Plaintiff alleges damages that exceed the minimum amount in controversy requirements for purposes of removal of the state court action to this district court.

### Notice of Removal Is Timely

13.    On December 30, 2022, plaintiff, Dolores M. Garcia served a Statement of Damages setting forth her alleged damages.  (Exhibit C.)

14.    The 30-day removal period starts to run only upon defendant's receipt of an "amended pleading, motion, order or other paper from which it may first be ascertained that the case is … removable." 28 USC § 1446(b)(3). The removal period commences only when defendant is able "to intelligently ascertain" that plaintiff's claim exceeds $75,000 as the result of a voluntary act on plaintiff's part— e.g., sworn answers to interrogatories. Huffman v. Saul Holdings Ltd. Partnership (10th Cir. 1999) 194 F3d 1072, 1078.

15.    This Notice of Removal is being filed within thirty (30) days after Defendant received Plaintiff's Responses to Interrogatories from which it may first be ascertained that the case is removable. 28 U.S.C. § 1446(b).

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)

**<u>Other Requirements for Removal Are Met</u>**

16.     Removal of this lawsuit to the United States District Court for the Southern District of California is proper as the Superior Court of the State of California, County of San Diego, where the action was originally filed, is located in this district.

17.     Defendant is simultaneously filing a Notice of Removal to Federal Court with the Superior Court of the State of California, County of San Diego, and it has given notice and served this pleading on Plaintiff. (A true and correct copy of the Notice to State Court of Removal to Federal Court filed with the Superior Court is attached hereto as Exhibit D.)

**<u>Demand for Jury Trial</u>**

18.     Separate and apart from removal requirements, counsel for Defendant demands a jury trial.

Dated:  January 4, 2023                          THARPE & HOWELL, LLP

                                                By: _____
                                                    JOHN K. FLOCK
                                                    Attorneys for Defendant,
                                                    COSTCO WHOLESALE
                                                    CORPORATION

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# EXHIBIT A

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Philip L. Asiano SBN 124287;  Law Office of Philip L. Asiano PC<br>P.O. Box 121937; San Diego, CA 92112<br><br>TELEPHONE NO: 619-231-6579          FAX NO. *(Optional)* 619-255-7358<br>E-MAIL ADDRESS *(Optional)*: asiano@simplyweb.net<br>ATTORNEY FOR *(Name):* Plaintiff Dolores M. Garcia | *FOR COURT USE ONLY* |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO<br>STREET ADDRESS:<br>MAILING ADDRESS: Hall of Justice 330 W. Broadway<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Central District | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**10/24/2022** at 05:09:44 PM<br>Clerk of the Superior Court<br>By Erika Engel,Deputy Clerk |

PLAINTIFF: Dolores M. Garcia, an individual

DEFENDANTS: Costco Wholesale Corporation, a Foreign Corporation
and Does 1 to 50

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED** *(Number):*<br>Type *(check all that apply):*<br>☐ **MOTOR VEHICLE**   ☑ **OTHER** *(specify):*<br> ☑ **Property Damage**   ☐ **Wrongful Death**<br> ☑ **Personal Injury**   ☐ **Other Damages** *(specify):* | CASE NUMBER: |
| **Jurisdiction** *(check all that apply):*<br>☐ **ACTION IS A LIMITED CIVIL CASE**<br> Amount demanded ☐ **does not exceed $10,000**<br>              ☐ **exceeds $10,000, but does not exceed $25,000**<br>☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED** by this amended complaint<br>  ☐ **from limited to unlimited**<br>  ☐ **from unlimited to limited** | 37-2022-00042646-CU-PO-CTL |

1. **Plaintiff** *(name or names):* Dolores M. Garcia
  alleges causes of action against **defendant** *(name or names):*
  Costco Wholesale Corporation, a Foreign Corporation; and Does 1 to 50
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
  a. ☐ **except** plaintiff *(name):*
    (1) ☐ a corporation qualified to do business in California
    (2) ☐ an unincorporated entity *(describe):*
    (3) ☐ a public entity *(describe):*
    (4) ☐ a minor ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify):*
    (5) ☐ other *(specify):*
  b. ☐ **except** plaintiff *(name):*
    (1) ☐ a corporation qualified to do business in California
    (2) ☐ an unincorporated entity *(describe):*
    (3) ☐ a public entity *(describe):*
    (4) ☐ a minor ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify):*
    (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007]
**COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death**
Code of Civil Procedure, § 425.12<br>www.JuriSearch.com

PLD-PI-001

| SHORT TITLE: Garcia v. Costco | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person              Wal-Mart Real Estate
  a. ☑ **except** defendant *(name):* Costco Wholesale Cor  c. ☑ **except** defendant *(name):*  Business Trust
      (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                       (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*       (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*           (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                 (5) ☑ other *(specify):*
                                       A business trust

  b. ☐ **except** defendant *(name):*           d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                       (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*       (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*           (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*                  (5) ☐ other *(specify):*

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants *(specify Doe numbers):* 1-25       were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants *(specify Doe numbers):* 26-50       are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Garcia v. Costco | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage *(specify)*:
      pain and suffering, future disability and future medical care and treatment and such other relief as deemed appropriate by the court

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: October 24, 2022

Philip Asiano, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(4)

| SHORT TITLE:<br>Garcia v. Costco | CASE NUMBER: |
| --- | --- |

First _____  **CAUSE OF ACTION—Premises Liability**  Page ___4___
    *(number)*

ATTACHMENT TO  [✔] Complaint  [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*:  Dolores M. Garcia
    alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
    On *(date)*: 10/30/2020      plaintiff was injured on the following premises in the following
    fashion *(description of premises and circumstances of injury)*:
Plaintiff slipped and fell at Costco 1755 HACIENDA DR VISTA, CA, in or near the fresh
produce section on a gel substance injuring her right foot, toe, ankle, leg and knee.

Prem.L-2.   [✔]   **Count One—Negligence** The defendants who negligently owned, maintained, managed and
    operated the described premises were *(names)*:
Costco Wholesale Corporation, a Foreign Corporation

     [✔] Does   1 _____ to   50 _____

Prem.L-3.   [✔]   **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
    or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
    *(names)*:

     [✔] Does   1 _____ to   50 _____

    Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.   [ ]   **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
    on which a dangerous condition existed were *(names)*:

     [ ] Does _____ to _____

    a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
        dangerous condition in sufficient time prior to the injury to have corrected it.
    b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [✔] **Allegations about Other Defendants** The defendants who were the agents and employees of the
    other defendants and acted within the scope of the agency were *(names)*:

     [✔] Does   1 _____ to   50 _____

    b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
        [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.Jurisearch.com

# EXHIBIT B

1

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**

2

3

JOHN K. FLOCK, ESQ.; State Bar No.: 200183
Email: jflock@tharpe-howell.com

4

5

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

6

7

8

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9

**COUNTY OF SAN DIEGO – HALL OF JUSTICE**

10

11

DOLORES M. GARCIA,

Case No. 37-2022-00042646-CU-PO-CTL

12

Plaintiff,

**DEMAND FOR STATEMENT OF DAMAGES**

13

v.

14

COSTCO WHOLESALE CORPORATION,
a Foreign Corporation, and DOES 1 to 50,

15

16

Defendants.

17

18

19

TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD:

20

Defendant, COSTCO WHOLESALE CORPORATION, pursuant to Code of Civil

21

Procedure § 425.11, hereby requests that Plaintiff set forth her Statement of Damages, item by

22

item, including but not limited to each of the following:

23

1.   Hospital expenses and bills, if any;

24

2.   Doctor, nurse, therapist or other medical practitioner expenses and bills, if any;

25

3.   Wage of income loss, if any;

26

4.   Diminution of earning capacity, if any;

27

5.   Real Property damage, if any;

28

6.   Personal property damage, if any;

- 1 -

**DEMAND FOR STATEMENT OF DAMAGES**

7.   General damages, including but not limited to, pain and suffering, humiliation, embarrassment, loss of comfort, society, protection and support, disfigurement, etc.

Pursuant to Code of Civil Procedure § 425.11, it is request that a response be made to the undersigned within fifteen (15) days of service hereof.

Dated:  December 15, 2022                                    THARPE & HOWELL, LLP

By: _____
JOHN K. FLOCK
Attorneys for Defendant,
COSTCO WHOLESALE
CORPORATION

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**DEMAND FOR STATEMENT OF DAMAGES**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**DEMAND FOR STATEMENT OF DAMAGES**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| Philip L. Asiano, Esq.<br>Law Office of Philip L. Asiano PC<br>P.O. Box 121937<br>San Diego, CA 92112<br>(619) 213-6579 Phone<br>(619) 255-7358 Fax<br>asiano@simplyweb.net | Attorneys for Plaintiff<br>Dolores M. Garcia |
|---|---|

5.   a. ____    **By personal service**.  I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ____    **By United States mail**.  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

      (1) ____    deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

      (2) ____    placed the envelope for collection and mailing on the date shown below, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Sherman Oaks, California.

   c. ____    **By overnight delivery.**  I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 3 -

**DEMAND FOR STATEMENT OF DAMAGES**

d. ___ **By messenger service.**  I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ___ **By fax transmission.**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4.  No error was reported by the fax machine that I used.  A copy of the fax transmission, which I printed out, is attached to my file copy.

f. **X** **By e-mail or electronic transmission.**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6.   I served the documents by the means described in item 5 on *(date): see below*

[ x ]   (FEDERAL):  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| 12/15/2022 | Candice VanDeudekom | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33370\Discovery\to Plaintiff\Req for Statement of Damages.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**DEMAND FOR STATEMENT OF DAMAGES**

EXHIBIT C

*- DO NOT FILE WITH THE COURT-*
*-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Philip L. Asiano SBN 124287  |  |  |
| Law Office of Philip L. Asiano Professional Corporation  | 619-231-6579 |  |
| P.O. Box 121937; San Diego, CA 92112 |  |  |

ATTORNEY FOR *(name):*  Plaintiff Dolores M. Garcia

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  SAN DIEGO

STREET ADDRESS:

MAILING ADDRESS: Hall of Justice 330 W. Broadway

CITY AND ZIP CODE: San Diego, CA 92101

BRANCH NAME: Central Civil

PLAINTIFF: Dolores M. Garcia

DEFENDANT: Costco Wholesale Corporation et al.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>37-2022-00042646-CU-PO-CTL |
|---|---|

To *(name of one defendant only):* Costco Wholesale Corporation

Plaintiff *(name of one plaintiff only):* Dolores M. Garcia

seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. ☑ Pain, suffering, and inconvenience ........................................................................ $ 5,000,000.00
   b. ☑ Emotional distress. ................................................................................................. $ 5,000,000.00
   c. ☐ Loss of consortium ................................................................................................ $ _____
   d. ☐ Loss of society and companionship *(wrongful death actions only)* ......................... $ _____
   e. ☐ Other *(specify)* ..................................................................................................... $ _____
   f. ☐ Other *(specify)* ..................................................................................................... $ _____
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☑ Medical expenses *(to date)* .................................................................................. $ undetermined
   b. ☑ Future medical expenses *(present value)* .............................................................. $ undetermined
   c. ☐ Loss of earnings *(to date)* ................................................................................... $ _____
   d. ☐ Loss of future earning capacity *(present value)* ................................................... $ _____
   e. ☐ Property damage .................................................................................................. $ _____
   f. ☐ Funeral expenses *(wrongful death actions only)* .................................................. $ _____
   g. ☐ Future contributions *(present value) (wrongful death actions only)* ..................... $ _____
   h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ........ $ _____
   i. ☐ Other *(specify)* ..................................................................................................... $ _____
   j. ☐ Other *(specify)* ..................................................................................................... $ _____
   k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)..* $ _____
   when pursuing a judgment in the suit filed against you.

Date: 12/30/2022

Philip Asiano, Esq.
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

*(Proof of service on reverse)*

Page 1 of 2

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.115, 425.115
*www.JuriSearch.com*

Proof of Service
Garcia v. Costco
Case No. 37-2022-00042646-CU-PO-CTL

Philip Asiano certifies and declares as follows:
I am over the age of 18 and not a party to the action, my business/residence address is
P.O. Box 121937, San Diego, CA 92112-1937, which is located in the county of San
Diego where the mailing described below took place.
On December 30, 2022, I served a copy of the attached following documents:

STATEMENT OF DAMAGES

In the following manner:

To
John K. Flock
Tharpe & Howell, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, CA  91403
Jflock@Tharpe-howell.com

By:
        Depositing in the mail at San Diego CA, in a sealed envelope with postage full
prepaid addressed as noted above. Or
        By hand delivery. Or
        By fax
■   By email or electronic transmission.

In light of the COVID-19 pandemic in California and Governor Newsom's Executive Order
N-38-20, dated March 27, 2020, the requirements under Code of Civil Procedure section
1010.6 regarding agreement to electronic service have been suspended.  Accordingly, all
documents served in this matter will be done by electronic means consistent with other
provisions of the Code of Civil Procedure.

I certify and declare under penalty of perjury under the laws of the State of California that
the foregoing is true and correct.

Executed on December 30, 2022        _____/S/_____
                                     Philip Asiano

EXHIBIT D

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**

JOHN K. FLOCK, ESQ.; State Bar No.: 200183
Email: jflock@tharpe-howell.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO – HALL OF JUSTICE

| | |
|---|---|
| DOLORES M. GARCIA,<br><br>              Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br>a Foreign Corporation, and DOES 1 to 50,<br><br>              Defendants. | Case No. 37-2022-00042646-CU-PO-CTL<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF DOLORES M. GARCIA AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant, Costco Wholesale Corporation ("Defendant")

has filed a Notice of Removal of this action in the United States District Court for the Southern

District of California pursuant to 28 U.S.C. § 1332, 1334, 1441, 1446, and 1452, and as otherwise

provided by law.

A true and correct copy of said Notice of Removal is attached to this notice and incorporated

herein by this reference as Exhibit "A", and is served and filed herewith

/ / /

/ / /

/ / /

- 1 -

**NOTICE OF REMOVAL TO FEDERAL COURT**

1    Dated:  January 4, 2023                          THARPE & HOWELL, LLP

2

3

4                                            By: _____

5                                                 JOHN K. FLOCK
                                                  Attorneys for Defendant,
6                                                 COSTCO WHOLESALE
                                                  CORPORATION

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
**NOTICE OF REMOVAL TO FEDERAL COURT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**NOTICE OF REMOVAL TO FEDERAL COURT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Philip L. Asiano, Esq.<br>Law Office of Philip L. Asiano PC<br>P.O. Box 121937<br>San Diego, CA 92112<br>(619) 213-6579 Phone<br>(619) 255-7358 Fax<br>asiano@simplyweb.net | Attorneys for Plaintiff<br>Dolores M. Garcia |

5.  a.  ____  **By personal service.**  I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

    b.  ____  **By United States mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

        (1)  ____  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

        (2)  ____  placed the envelope for collection and mailing on the date shown below, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

        I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Sherman Oaks, California.

    c.  ____  **By overnight delivery.**  I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

THARPE & HOWELL, LLP<br>15250 Ventura Boulevard, Ninth Floor<br>Sherman Oaks, California 91403-3221

- 3 -
**NOTICE OF REMOVAL TO FEDERAL COURT**

d. ____ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ____ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

f. **X** **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date): see below*

[ x ]   (FEDERAL):   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| 1/4/23 | Candice VanDeudekom | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33370\Pleadings\Ntc of Removal to Federal Court.docx

**THARPE & HOWELL, LLP**
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 4 -
**NOTICE OF REMOVAL TO FEDERAL COURT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.
3. I served copies of the following documents (specify the exact title of each document served):

**NOTICE OF REMOVAL OF
ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Philip L. Asiano, Esq.<br>Law Office of Philip L. Asiano PC<br>P.O. Box 121937<br>San Diego, CA 92112<br>(619) 213-6579 Phone<br>(619) 255-7358 Fax<br>asiano@simplyweb.net | Attorneys for Plaintiff,<br>DOLORES GARCIA |

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

(1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

(2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

f. **X** **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6.  I served the documents by the means described in item 5 on *(date): see below*

[ x ]   (FEDERAL):   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| 1/4/23 | Candice VanDeudekom | |
|--------|---------------------|--|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33370\Pleadings\FEDERAL\Notice of Removal - Diversity.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221